UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> SCOTT KOHN, <br>     Defendant. | SA CR 03-330 <br><br> <u>I N F O R M A T I O N</u> <br><br> [18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 2320: Trafficking in Counterfeit Goods; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to Be Done] <br><br> <u>UNDER SEAL</u> |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 371]

A. <u>OBJECT OF THE CONSPIRACY</u>

1. Beginning on a date unknown, and continuing to on or about December 16, 2003, in Orange County, within the Central District of California, defendant SCOTT KOHN and others conspired and agreed to commit an offense under Title 18, United States Code, section 2320, namely, intentional trafficking and attempted trafficking in counterfeit goods.

TSM:tsm



B. <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

2. The object of the conspiracy was to be accomplished, in substance, as follows:

a. Defendant SCOTT KOHN, owner of Computer Supply Corporation ("CSC"), directed employees of CSC to purchase lower-capacity genuine Sun Microsystems, Inc. ("Sun") memory modules.

b. Defendant SCOTT KOHN directed employees of CSC to remove the memory chips from the lower-capacity Sun memory modules.

c. Defendant SCOTT KOHN directed employees of CSC to place different memory chips into the Sun memory modules, thereby making higher-capacity memory modules.

d. Defendant SCOTT KOHN directed employees of CSC to place counterfeit Sun labels on the higher-capacity memory modules.

e. Defendant SCOTT KOHN, through his company CSC, sold counterfeit Sun memory modules as genuine Sun memory modules.

f. Defendant SCOTT KOHN purchased and directed the purchase of hard drives for CSC, which hard drives were not genuine Sun products.

g. After purchasing the hard drives, defendant SCOTT KOHN caused the hard drives to be delivered to BLT of Orange, California, and Emerge of Laguna Nigel, California.

h. At the direction of defendant SCOTT KOHN, BLT and Emerge, which are not authorized by Sun to encode Sun proprietary information onto hard drives, would encode the hard drives with Sun proprietary information that caused the hard drives to function as if the hard drives were authentic Sun hard drives.

i.  Defendant SCOTT KOHN would take to CSC the hard drives that BLT and Emerge had encoded, and attach to them metal plates and brackets that made the hard drives look like authentic Sun hard drives.

j.  Defendant SCOTT KOHN, through his company CSC, sold counterfeit Sun hard drives as genuine Sun hard drives.

C.  <u>OVERT ACTS</u>

3.  In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendant SCOTT KOHN, and others committed various overt acts within the Central District of California and elsewhere, including, but not limited to, the following:

a.  From approximately June 2002 through December 16, 2003 defendant SCOTT KOHN, through his company CSC, purchased over 1000 non-Sun hard drives.

b.  From approximately June 2002 through December 16, 2003, in Orange County, within the Central District of California, defendant SCOTT KOHN met regularly with representatives of BLT and Emerge to discuss encoding the over 1000 non-Sun hard drives with Sun proprietary information.

c.  From approximately June 2002 through December 16, 2003, in Orange County, within the Central District of California, defendant SCOTT KOHN received from BLT and Emerge over 1000 non-Sun hard drives that had been encoded with Sun proprietary information.

d.  From approximately June 2002 through December 16, 2003, in Orange County, within the Central District of California, defendant SCOTT KOHN, through his company CSC, sold as genuine

Sun hard drives over 1000 non-Sun hard drives that had been encoded with Sun proprietary information, and labeled as genuine Sun hard drives.

    e.    From approximately June 2003 through December 16, 2003, in Orange County, within the Central District of California, defendant SCOTT KOHN, through his company CSC, purchased over 100 genuine Sun memory modules.

    f.    From approximately June 2003 through December 16, 2003, in Orange County, within the Central District of California, defendant SCOTT KOHN, through his company CSC, removed from the over 100 genuine Sun memory modules the memory chips on the modules.

    g.    From approximately June 2003 through December 16, 2003, in Orange County, within the Central District of California, defendant SCOTT KOHN, through his company CSC, placed higher capacity memory chips onto the over 100 memory boards that originally had been genuine Sun memory modules.

    h.    From approximately June 2003 through December 16, 2003, in Orange County, within the Central District of California, defendant SCOTT KOHN, through his company CSC, labeled, packaged and sold as genuine Sun memory modules over 100 counterfeit memory modules.

## COUNT TWO

[18 U.S.C. §§ 2320, 2]

4.    Beginning on or about June 1, 2003, and continuing to on or about December 16, 2003, within the Central District of California, defendant SCOTT KOHN intentionally aided, abetted and caused the trafficking and attempted trafficking in goods, namely, more than 100 units of counterfeit Sun Memory Modules, and knowingly used counterfeit marks, namely, the term "Sun" and the Sun logo, on and in connection with such goods, which counterfeit marks were identical with and substantially indistinguishable from genuine marks which were in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the use of such counterfeit marks was likely to cause confusion, to cause mistake, and to deceive.

## COUNT THREE

[18 U.S.C. §§ 2320, 2]

5. Beginning on a date unknown, and continuing to on or about December 16, 2003, within the Central District of California, defendant SCOTT KOHN intentionally aided, abetted and caused the trafficking in goods, namely, more than 1000 counterfeit Sun hard drives, and knowingly used counterfeit marks, namely, the term "Sun" and the Sun logo, on and in connection with such goods, which counterfeit marks were identical with and substantially indistinguishable from genuine marks which were in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the use of such counterfeit marks was likely to cause confusion, to cause mistake, and to deceive.

DEBRA W. YANG
United States Attorney

STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division

JOHN C. HUESTON
Assistant United States Attorney
Chief, Santa Ana Branch Office