# CASE SUMMARY

**ORIGINAL**

USA v. **SCOTT KOHN**   Case No. SA CR 03-**330**   Deft. No. **1**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

1. Alias Names: _____

2. ☒ Indictment  ☐ Information
   a. Investigative agency (i.e., FBI, DEA, IRS, Customs, etc.) **FBI**

3. Offense charged as a: ☒ Felony
   a. ☐ Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
   b. Date of offense Beginning on a date unknown to 12/16/03
   c. County in which first offense occurred: **Orange**
   d. The crimes charged are alleged to have been committed in: (Check ALL that apply)
      ☐ Los Angeles    ☐ Ventura
      ☒ Orange         ☐ Santa Barbara
      ☐ Riverside      ☐ San Luis Obispo
      ☐ San Bernardino ☐ Other

4. Citation of Offense: 18 U.S.C.§ 371, 18 U.S.C. §§ 2320, 2

5. This defendant is charged in: ☒ All Counts
   ☐ Only Counts _____

6. **N/A** A complaint was previously filed
   on _____
   case no. _____
   charging _____

   The complaint: ☐ Is still pending
   ☐ Was dismissed on _____

7. Has an Information or Indictment involving this defendant and the same transaction or series of transactions previously filed and dismissed before trial? ☒ No
   ☐ Yes (Case No. _____)

8. **N/A** This is the ____ superseding charge (i.e., first, second). The superseded case was previously filed on _____, case no. _____
   The superseded case:
   ☐ Is still pending before Judge/Magistrate Judge _____
   ☐ Was previously dismissed on _____

9. Pursuant to Section 10.1 of General Order 224, criminal cases may be related if a previously filed Information or Indictment and the present case:
   a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
   b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.
   Related case(s), if any, (Must attach Notice of Related Case): _____

10. **N/A** This defendant is designated as "High Risk" per 18 U.S.C. § 3164(a)(2) by the U.S. Attorney.

11. **N/A** This is designated a "Special Case" per 18 U.S.C. § 3166(b)(7).

12. Date of Birth **3/28/54**
    ☒ Male         ☐ Female
    ☒ U.S. Citizen ☐ Alien

13. Is defendant a juvenile? ☐ Yes   ☒ No
    If yes, should the matter ☐ Yes ☐ No be sealed?

14. Will sixteen (16) days or more be required to present government's evidence in the case in chief?
    ☐ Yes   ☒ No

15. Is an interpreter required? ☒ No
    ☐ Yes (list language and/or dialect)

16. The area of substantive law that will be involved in this case includes:
    ☐ financial institution fraud    ☐ public corruption
    ☐ government fraud               ☐ tax offenses
    ☐ environmental issues           ☐ mail/wire fraud
    ☒ other **Conspiracy/Trafficking in Counterfeit Goods**

*Filed stamp: DEC 31 2003, CLERK U.S. DISTRICT COURT, SOUTHERN DIVISION, CENTRAL DISTRICT OF CALIFORNIA*

*ENTER ON ICMS  JAN - 5 2004*

CR 72(5/98)   - OVER - CASE SUMMARY   Page 1

Case 8:03-cr-00330-DOC Document 2 Filed 12/31/03 Page 2 of 2 Page ID #:65

## CUSTODY STATUS

15. **DEFENDANT IS NOT IN CUSTODY:**

    a. Date and time of arrest on complaint _____

    b. Posted bond at complaint level on _____ in the amount of _____

    c. PSA supervision? ☐Yes ☐No

    d. ____ Is a Fugitive.

    e. ____ Is on bail or release from another district. Show district: _____

    f. _X_ Has not been arrested but will be notified by Summons to appear.

    g. ____ Warrant requested.

**DEFENDANT IS IN CUSTODY:**

    a. Place of incarceration: ☐State ☐Federal

    b. Name of Institution: _____

    c. If Federal, U.S. Marshal's Registration Number: _____

    d. ____ Solely on this charge. Date and time of arrest: _____

    e. ____ On another conviction: ☐State ☐Federal ☐Writ of Issue

    f. ____ Awaiting trial on other charges: ☐State ☐Federal

       Name of Court: _____

16. Date transferred to Federal Custody: _____

17. This person/proceeding is transferred from another district per FRCrP:   ☐20  ☐21  ☐40

18. Determinations as to excludable time prior to filing Indictment/Information (Explain): _____

19. DATE: __December 30, 2003__          20: SIGNATURE: _____
                                         Assistant United States Attorney

                                         21: PRINT NAME THOMAS S. McCONVILLE.

Rev. 5/98
Santa Ana

Page 2